## Tampico Farmers Elevator Company, Appellant, v. Walnut Grain Company et al., Appellees.

### Gen. No. 9,522. 

 Heard in this court at February term, 1940; opinion filed May 15, 1940; rehearing denied June 18, 1940. Sheldon & Brown, for appellant; Jacob Cantlin and Samuel Rubin, for appellees. Opinion by JUSTICE DOVE. "Not to be published in full."